```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JENNIFER HOROWITZ,
                                                                    JUDGMENT
                Plaintiff,
                                                                    20-CV-2351 (PKC)
        v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------------X
```

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 13, 2021, granting Plaintiff's motion for judgment on the pleadings; denying the Commissioner's cross-motion; and remanding the Commissioner's decision for further consideration consistent with this Memorandum and Order; it is

ORDERED and ADJUDGED that Plaintiff's motion for judgment on the pleadings is granted; that the Commissioner's cross-motion is denied; and that the Commissioner's decision is remanded for further consideration consistent with this Memorandum and Order.

| | |
|---|---|
| Dated: Brooklyn, New York<br>September 14, 2021 | Douglas C. Palmer<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>        Deputy Clerk |